UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Robert B. Kugler |
| | : | |
| Plaintiff(s), | : | Criminal No. 12-560(RBK) |
| | : | |
| JEFFREY JONES, | : | |
| Defendant(s). | : | |

### O R D E R

**THIS MATTER HAVING**, come before the Court upon the application of defendant Jeffrey Jones, for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c) and United States Sentencing Guidelines § 1B1.10, and it appearing that defendant was assigned a base offense level of 38 pursuant to U.S.S.G.§ 2D1.1(a)(5)(c)(1), because defendant agreed he was responsible for the distribution of 150 kilograms of cocaine base, and it further appearing that Amendment 782 does not lower defendant's offense level, therefore;

**IT IS ON THIS**  19th   day of May, 2015, **ORDERED** that the application by defendant Jeffrey Jones, for a reduction of sentence be and is hereby **DENIED**.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge